UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS M. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF REHABILITATION,<br><br>　　　　Defendant. | Case No. 13-cv-05730-MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

　　　This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

　　　Plaintiff Augustus Brown has not filed a written consent to Magistrate Judge MARIA-ELENA JAMES's jurisdiction or a declination and request for reassignment to a District Judge. Plaintiff has the right to have his case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the court whether he consents to Magistrate Judge Maria-Elena James's jurisdiction or requests reassignment to a United States District Judge. Plaintiff shall file either a consent or declination, using the attached form, by December 27, 2013.

　　　**IT IS SO ORDERED.**

Dated: December 13, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge