UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS M. BROWN,<br>　　　　　Plaintiff,<br>　　　v.<br>CALIFORNIA DEPARTMENT OF REHABILITATION,<br>　　　　　Defendant. | Case No. 13-cv-05730-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On December 11, 2013, Plaintiff Augustus M. Brown filed a Complaint and an Application to Proceed In Forma Pauperis. Plaintiff has consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). On December 30, 2014, the Court granted Plaintiff's in forma pauperis application and dismissed the Complaint with leave to amend. Dkt. No. 6. The Court informed Plaintiff that it was unable to determine whether Plaintiff stated any claims upon which relief can be granted because, although he stated at least 11 causes of action on the caption page, the body of the Complaint is mostly one long paragraph without any connection between the alleged facts and causes of action. *Id.* The Court ordered Plaintiff to file any amended complaint by January 30, 2014, and warned him that failure to file an amended complaint by this deadline would result in the dismissal of this case with prejudice. The Court directed the Clerk of Court to close the file if Plaintiff failed to file an amended complaint by January 30.

As of the date of this Order, Plaintiff has failed to file an amended complaint. Accordingly, the Court hereby ORDERS Plaintiff Augustus M. Brown to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 20, 2014. If a responsive declaration is filed, the

Court shall either issue an order based on the declaration or conduct a hearing on March 6, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge